Melanie D. Popper (SBN: 236279)
THE REVELATION LAW FIRM
2560 9th St.
Suite 212M
Berkeley, CA 94710
Tel. (510) 665-4195
Fax (510) 665-4197
E-Mail: office@revelationlaw.com

Attorney for Plaintiff
MELANIE D. POPPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO)

| | |
|---|---|
| MELANIE D. POPPER, an individual, | Case No. C10-03403 EDL |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| WINDHAM PROFESSIONALS, INC., a corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN TO THE COURT AND TO ALL PARTIES OF RECORD:

The parties in the above-captioned matter have reached a settlement.  Plaintiff will file a request for voluntary dismissal.

DATED: October 27, 2010

                                          THE REVELATION LAW FIRM

                                          By_____/s/_____
                                          Melanie D. Popper
                                          Attorney for Plaintiff