Melanie D. Popper (SBN: 236279)
THE REVELATION LAW FIRM
2560 9th St.
Suite 212M
Berkeley, CA 94710
Tel. (510) 665-4195
Fax (510) 665-4197
E-Mail: office@revelationlaw.com
Attorney for Plaintiff
MELANIE D. POPPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE D. POPPER, an individual,<br>Plaintiff,<br>v.<br>WINDHAM PROFESSIONALS, INC., a corporation,<br>Defendants. | Case No. C10-03403 EDL<br><br>NOTICE OF PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL |

## NOTICE AND STIPULATION

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice. The parties have informally resolved the above-captioned matter. Plaintiff consents to adjudication and litigation, including signing an Order for dismissal, before magistrate judge Elizabeth LaPorte.

DATED: November 4, 2010

THE REVELATION LAW FIRM

By _____
Melanie D. Popper
Attorney for Plaintiff POPPER

NOTICE & REQUEST FOR DISMISSAL

## NOTICE AND STIPULATION

Defendant consents to adjudication and litigation, including signing an Order for dismissal, before magistrate judge Elizabeth LaPorte. Defendant stipulates and consents to filing of a Request for Dismissal and an Order of Dismissal.

DATED: November 8, 2010

By [signature] Grant A. Winter

Attorneys for Defendant
WINDHAM PROFESSIONALS, INC.

NOTICE & REQUEST FOR DISMISSAL