1  Melanie D. Popper (SBN: 236279)
   THE REVELATION LAW FIRM
2  2560 9th St.
   Suite 212M
3  Berkeley, CA 94710
   Tel. (510) 665-4195
4  Fax (510) 665-4197
   E-Mail: office@revelationlaw.com
5  Attorney for Plaintiff
   MELANIE D. POPPER

6                    **UNITED STATES DISTRICT COURT**

7                   **NORTHERN DISTRICT OF CALIFORNIA**

8

9  MELANIE D. POPPER, an individual,          Case No. C10-03403 EDL

10  Plaintiff,                                 ORDER OF DISMISSAL

11  v.

12  WINDHAM PROFESSIONALS, INC., a

    corporation,

13  Defendants.

14

15

16

17

18                            **ORDER**

19  The parties in the  case *Popper v. Windham Professionals, Inc.,* Case No. C1003403 EDL have

20  stipulated to dismissal and to the adjudication and dismissal of this matter by a magistrate judge.

21  Accordingly, the matter is dismissed at the request of Plaintiff POPPER.

22

23  Dated: _____          *Elijah D. Laporte*
                                                      UNITED STATES DISTRICT JUDGE
24

25

                            ORDER DISMISSAL